IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD P. STRAIN<br>    Plaintiff,<br><br>v.<br>BOROUGH OF SHARPSBURG,<br>PENNSYLVANIA, a MUNICIPAL<br>ENTITY, and RICHARD C. PANZA,<br>JOSEPH P. PANZA, LARRY<br>STELITANO, EILEEN RAPINO,<br>VINCENT F. SACCO, ALBERT "PAT"<br>ASTORINO, MARIO FERRARO,<br>ROXANE MAGNELLI and ROBERT<br>STAPF, in their official and<br>individual capacities,<br>    Defendants. | Civil Action No. 04-1581 |

ORDER

AND NOW, this 21st day of April, 2008, upon consideration of United National Insurance Company's Motion to Intervene, [Doc. No. 184] IT IS HEREBY ORDERED THAT the motion is DENIED as moot.

BY THE COURT:

_____, J.

cc: All Counsel of Record