IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD P. STRAIN<br>　　　Plaintiff,<br><br>　　v.<br>BOROUGH OF SHARPSBURG,<br>PENNSYLVANIA, a MUNICIPAL<br>ENTITY, and RICHARD C. PANZA,<br>JOSEPH P. PANZA, LARRY<br>STELITANO, EILEEN RAPINO,<br>VINCENT F. SACCO, ALBERT "PAT"<br>ASTORINO, MARIO FERRARO,<br>ROXANE MAGNELLI and ROBERT<br>STAPF, in their official and<br>individual capacities,<br>　　　Defendants. | Civil Action No. 04-1581 |

## ORDER

AND NOW, this 21ST day of April, 2008, upon consideration of Plaintiff's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b), [Doc. No. 187] IT IS HEREBY ORDERED THAT the motion is DENIED.

BY THE COURT:

_____, J.

cc: All Counsel of Record