IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD P. STRAIN, | ) CIVIL DIVISION |
| Plaintiff, | ) No: 04-1581 |
| vs. | ) |
| BOROUGH OF SHARPSBURG, PENNSYLVANIA, a Municipal Entity, and RICHARD C. PANZA, JOSEPH P. PANZA, LARRY STELITANO, EILEEN RAPINO, VINCENT F. SACCO, ALBERT "PAT" ASTORINO, MARIO FERRARO, ROXANE MAGNELLI and ROBERT STAPF, in their official and individual capacities, | ) United States District Judge Gary L. Lancaster<br>) Magistrate Judge Francis X. Caiazza<br>) **ELECTRONICALLY FILED** |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 19th day of May, 2008, upon consideration of the Stipulations of Dismissal entered by all parties, it is hereby ORDERED, ADJUDGED and DECREED that defendants Mario Ferraro, Albert "Pat" Astorino, and Eileen Rapino, are hereby dismissed, with prejudice.

BY THE COURT:

*/s/ Gary L. Lancaster*
United States District Judge Gary L. Lancaster

12/629685.v1