## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD P. STRAIN, | ) CIVIL DIVISION |
| Plaintiff, | ) No: 04-1581 |
| vs. | ) |
| | ) United States District Judge Gary L. Lancaster |
| BOROUGH OF SHARPSBURG, PENNSYLVANIA, a Municipal Entity, and RICHARD C. PANZA, JOSEPH P. PANZA, LARRY STELITANO, EILEEN RAPINO, VINCENT F. SACCO, ALBERT "PAT" ASTORINO, MARIO FERRARO, ROXANE MAGNELLI and ROBERT STAPF, in their official and individual capacities, | ) Magistrate Judge Francis X. Caiazza ) ) **ELECTRONICALLY FILED** |
| Defendants. | ) |

### ORDER OF COURT

AND NOW, this 30th day of June, 2008, upon consideration of the Stipulation of Dismissal entered by all parties, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby dismissed, with prejudice.

BY THE COURT:

_____
United States District Judge Gary L. Lancaster

12/629683.v1